AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Jewelry Repair Enterprises, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | 15-cv-81622-Bloom/Valle |
| Son Le Enterpries, Inc. and Son Le | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Son Le Enterprises, Inc.
745 Huntington Drive
Jonesboro, GA  30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip H. Hutchinson, Esq.
Andrea Shwayri Ferraro, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive., Suite 300-East
West Palm Beach, FL 33401
561-650-7900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Nov 30, 2015 __

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jewelry Repair Enterprises, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Son Le Enterpries, Inc. and Son Le<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   15-cv-81622-Bloom/Valle<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Son Le
745 Huntington Drive
Jonesboro, GA  30236

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip H. Hutchinson, Esq.
Andrea Shwayri Ferraro, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive., Suite 300-East
West Palm Beach, FL 33401
561-650-7900

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Nov 30, 2015 _____

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts